No. 306. CONSOLIDATED AUTOMATIC MERCHANDISING CORP. ET AL. *v.* UNITED STATES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan A. Smyth* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for the United States.

No. 307. AUTOMATIC TOY CORP. *v.* BUDDY "L" MFG. CO. ET AL. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Raymond F. Adams* and *George E. Middleton* for petitioner. *Mr. Merrill M. Blackburn* for respondents.

No. 313. HART ET AL. *v.* UNITED ARTISTS CORP. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Fischer* for petitioners. *Mr. Arthur F. Driscoll* for respondent.

No. 315. HOUSE *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Emily Marx* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Warren F. Wattles,* and *Charles A. Horsky* for respondent.

No. 322. CELITE CORPORATION *v.* DECALITE COMPANY. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.